UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOHNNY RAY JENKINS,

              Plaintiff,

              v.                    CAUSE NO.: 3:19-CV-675-DRL-MGG

HYATTE, HAWK, HAMRICK, ANGLE,
DICE, NEIL, BARKUS, and McCULLUM,

              Defendants.

<u>ORDER</u>

The defendants, by counsel, filed a notice of automatic initial extension of time. It correctly states N.D. Ind. L.R. 6-1 permits automatic initial extensions in some circumstances. It correctly states Johnny Ray Jenkins is an unrepresented prisoner. However, it does not note that N.D. Ind. L.R. 6-1(c) provides that automatic enlargements of time are not available in cases with a pro se party. *See also* N.D. Ind. L.R. 6-1(b)(3)(C) (Notice of automatic enlargements of time require attempting to contact opposing attorneys which is impossible in a case with a pro se party.).

Therefore the defendants must file a motion to enlarge this deadline. Though the court could construe the notice as a motion, it does not provide any basis for why they have been unable to prepare a response during the 60 days since the Notice of Lawsuit was issued.

For these reasons, the parties are ALERTED the notice did not enlarge the deadline to file an answer.

SO ORDERED this November 5, 2019.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge